UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 22, 2016
David J. Bradley, Clerk

| | |
|---|---|
| Johnathan Kelley, § § § Plaintiff, § § versus § § AMSPEC, LLC, § § Defendant. § | Civil Action H-15-3123 |

## Final Dismissal

1. Having been advised by counsel that a settlement has been reached, the court dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on January 22, 2016, at Houston, Texas.

Lynn N. Hughes
United States District Judge